DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WESLEY ROBBIE,** In his capacity as Personal Representative of the
Estate of Joseph Michael Robbie,
Appellant,

v.

**DWYN ROBBIE,**
Appellee.

No. 4D22-3369

[May 18, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE21-003154.

Michael Gulisano of Gulisano Law, PLLC, Boca Raton, for appellant.

Terrence P. O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***